UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN C SCOTT<br><br>  Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO PRETRIAL DIVERSION PROJECT, INC., et al.,<br><br>  Defendants. | Case No.  15-cv-05527-DMR<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: May 19, 2016<br>Mediator: Kay Suk |

IT IS HEREBY ORDERED that the request to excuse defendants' insurance representative, Brian Hogan, and defendant Gerald White from appearing in person at the May 19, 2016, mediation before Kay Suk is GRANTED.  Mr. Hogan and Mr. White shall participate actively for the duration of the mediation by joining telephonically as set forth in ADR L.R. 6-10(f), regardless of the time difference between the East and West coast.  In addition, Hieu Tran, counsel for defendants, is permitted to appear in person at the mediation in place of lead counsel, Michael Lucey.  Any future attendance requests by defense counsel that are not submitted timely and in accordance with ADR L.R. 6-10(d) may not be considered.

**IT IS SO ORDERED**.

Dated:  May 18, 2016

Maria-Elena James
United States Magistrate Judge